UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE BLALOCK,

                              Plaintiff,


        -v-                                    9:15-CV-45
                                               (DNH/CFH)


J.T. SMITH, Superintendent, Shawagunk
Correctional Facility; HARRISON, Sergeant,
Shawagunk Correctional Facility; INES
FERNANDEZ, Inmate Grievance Program
Supervisor, Eastern Correctional Facility;
BERNDT J. LEIFELD, IGRC Sergeant, Eastern
Correctional Facility; DANIEL R. PARKHURST,
Security Sergeant, Eastern Correctional Facility;
PAUL T. MENARD, Security Sergeant, Eastern
Correctional Facility; DOUGLAS M. PADGETT,
Correctional Officer, Eastern Correctional
Facility; SANTIAGO R. CRUZ, Correctional
Officer, Eastern Correctional Facility; SGT.
LELLECK; GENE NILES, DSS, Eastern
Correctional Facility; JEFF MCCOY, Deputy
Commissioner of Program Services; THOMAS
GRIFFIN, Superintendent, Eastern Correctional
Facility; and LANGE, Sergeant, Shawangunk
Correctional Facility,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

MAURICE BLALOCK
Plaintiff pro se
97-A-4810
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

HON. ERIC T. SCHNEIDERMAN                    NICOLE E. HAIMSON, ESQ.
Attorney General for the State of New York       Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

### DECISION and ORDER

Pro se plaintiff Maurice Blalock brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  On August 24, 2016, the Honorable Christian F. Hummel, United States Magistrate

Judge, advised by Report-Recommendation that defendants' motion to dismiss be granted in

part and denied in part.  Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which

plaintiff objected, the Report-Recommendation is accepted and adopted in all respects.  See

28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  Defendants' motion to dismiss is GRANTED in part and the following claims

DISMISSED:

a.  claims for injunctive relief against defendants Smith and Harrison of

Shawangunk C.F.;

b.  claims for monetary damages from defendants in their individual or official

capacities under RLUIPA;

c.  First Amendment and RLUIPA claims against defendant Niles;

d.  RLUIPA claims against defendants Harrison and Lange;

2

e.  First Amendment retaliation claim against defendant Cruz; and

f.  Supervisory claims against defendants Smith, McKoy, Griffin and Niles; and

2.  Defendants' motion to dismiss is DENIED as to plaintiff's:

a.  First Amendment religious claims against defendants Harrison, Lellek,

Leifeld, Menard, Padgett, Parkhurst, and Lange;

b.  RLUIPA claims against defendants Lellek, Leifeld, Menard, Padgett, and

Parkhurst; and

c.  First Amendment retaliation claim against defendant Smith.

IT IS SO ORDERED.


_____
United States District Judge


Dated: March 19, 2018
          Utica, New York.